IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DANIEL BERNINGER, | Case No. 15-1128 |
| Petitioner, | |
| v. | |
| FEDERAL COMMUNICATIONS COMMISSION, | |
| and UNITED STATES OF AMERICA, | |
| Respondents. | |

**PETITION FOR REVIEW**

Pursuant to 47 U.S.C. § 402(a), 28 U.S.C. §§ 2342(1) and 2344, and Rule 15(a) of the Federal Rules of Appellate Procedure, Daniel Berninger, founder of the Voice Exchange Communication Committee, hereby petitions this Court for review of an order of the Federal Communications Commission ("FCC") captioned *In the Matter of Protecting and Promoting the Open Internet*, Report and Order on Remand, Declaratory Ruling, and Order, FCC 15-24, GN Docket No. 14-28 ("*Order*"). A copy of the full text of the *Order* is attached as Exhibit A. The *Order* was published in the Federal Register on April 13, 2015. *See* 80 Fed. Reg. 19738.

In the *Order*, the FCC seeks to regulate the Internet. The FCC claims that the Public Switched Telephone Network and the Internet are one and the same and asserts authority under Title II of the Communications Act of 1934 over computer and communications networks and services that rely upon public Internet Protocol addresses. The Commission uses this newly invented authority to regulate the Internet ecosystem, including broadband Internet access services and Internet exchange arrangements, and to prohibit broadband providers from prioritizing traffic. Petitioner participated in the proceeding below in his individual capacity and in his capacity as founder of the Voice Exchange Communication Committee. Since 2012, Petitioner has devoted his time and resources to speeding the transition to Internet Protocol networks and is currently investing in deploying new High Definition voice offerings, which require prioritization by network operators.

Petitioner seeks review of the *Order* because it threatens his livelihood. Petitioner's investment interests in Internet Protocol services and his professional career as a communications services architect are predicated on the ability to design, develop, and implement services not subject to Title II regulation—an ability now imperiled by the *Order*. Petitioner thus is aggrieved by the *Order* and possesses standing to challenge it. Venue is proper in this Court under 28 U.S.C. § 2343.

Petitioner seeks relief on the grounds that the *Order*: (1) is in excess of the Commission's authority; (2) is arbitrary, capricious, and an abuse of discretion within the meaning of the Administrative Procedure Act; (3) is contrary to constitutional right; and (4) is otherwise contrary to law. Accordingly, Petitioner respectfully requests that this Court hold unlawful, vacate, enjoin, and set aside the *Order*, and provide such additional relief as may be appropriate.

Respectfully submitted,

By: _____
Richard E. Wiley*
Bennett L. Ross
Brett A. Shumate
**WILEY REIN LLP**
1776 K Street, NW
Washington, DC 20006
(202) 719-7000
bross@wileyrein.com

*Counsel for Daniel Berninger*
**Counsel of Record*

Dated: May 7, 2015

3

## CERTIFICATE OF SERVICE

I, Bennett L. Ross, hereby certify that on May 7, 2015, I caused one copy of the foregoing Petition for Review to be delivered via United States mail and electronic mail to:

Jonathan Sallet
Federal Communications Commission
Office of the General Counsel
Room 8-A741
445 12th Street, S.W.
Washington, DC 20554
Jonathan.Sallet@fcc.gov

*Counsel for the Federal Communications Commission*

Loretta E. Lynch
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Room 3601
Washington, DC 20530-0001

*Counsel for the United States of America*

Bennett L. Ross